FILED
October 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003837529

2

ERIC SCHWAB, Bar No. 145600
THOMAS L. AMBERG, JR., Bar No. 269970
LAW OFFICES OF NELSON & SCHWAB
1420 RIVER PARK DRIVE, STE. 140
SACRAMENTO, CA 95815
(916)564-9588

ATTORNEY(S) FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

DEUTSCH, MICHAEL
DEUTSCH, MARY

_____Debtor(s)_____/

Case No: 11-41050-D-7
DC No: EJS-1

MOTION TO COMPEL ABANDONMENT OF ASSETS OF THE ESTATE

Date: November 30, 2011
Time: 10:00 a.m.
Judge: BARDWIL
Dept: D, Rm 34, 6th Flr.

Debtors move the Court as follows:

1. Debtors scheduled as assets in this case certain real and personal property. Schedules A and B are provided as Exhibit A.

2. Among the assets scheduled by Debtors, the only asset which is being pursued by the Trustee is the unexempt portion of their potential 2011 tax refund. All other assets were either claimed exempt in Schedule C, or were over-encumbered by secured debt listed on Schedule D. Schedules C and D are provided as Exhibit B.

3. No objections to Debtors' claims of exemption on Schedule C were filed. Debtors believe that all scheduled assets except the unexempt portion of the accounts receivable are of no consequence or burden to the estate.

4. Debtors request the Court to compel the Trustee to abandon all scheduled assets, except unexempt portion of the accounts receivable from the estate.

///

///

**Wherefore**, Debtors Pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate.
2. For other relief the Court deems just and proper.

Dated: 10/17/11

Law Offices of Nelson & Schwab
By: _____
Thomas L. Amberg, Jr., Attorney at Law